AO 442 (Rev. 11/11) Arrest Warrant

ISSUED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

ORIGINAL

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PABLO SANCHEZ | ) | Case No. 1:19MJ00057 EPG |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED
MAY 21 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Pablo Sanchez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841(a)(1) -- Possession with Intent to Distribute Methamphetamine
18 U.S.C. Section 922(g)(1) - Felon in possession of a firearm

Date: 3/11/19

*Issuing officer's signature*

City and state: Fresno, California

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-11-19, and the person was arrested on *(date)* 5-17-19
at *(city and state)* Wasco CA.

Date: 5-17-19

DEA arrest
*Arresting officer's signature*

*Printed name and title*

10833676